1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2763



MAY - 3 2005





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: APPLICATION FOR PEN REGISTER, TRAP AND TRACE DEVICE, CALLER IDENTIFICATION SERVICE, AND CELL SITE, BILLING, AIR TIME, AND SUBSCRIBER INFORMATION | SW- 2 05 - SW - 0 1 0 6 UNDER SEAL |
|---|---|

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: May 3, 2005

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE