1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   ELLEN V. ENDRIZZI
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone (916) 554-2700
5
6
7                  UNITED STATES DISTRICT COURT
8                  EASTERN DISTRICT OF CALIFORNIA
9
10 In Re: Application For An Order      )   SW-05-0106 GGH
   Authorizing The Installation And     )
11 Use Of A Pen Register Device, Trap   )   MOTION TO UNSEAL
   And Trace Device, Dialed Number      )   AND ORDER
12 Interceptor, Number Search Device,   )
   And Caller Identification Service,   )
13 And The Disclosure Of Billing,       )
   Subscriber, And Air Time Information )
14                                       )
                                          )
15
16      The documents filed in the above-referenced case were ordered
17 sealed by this Court until further order.  Those documents related
18 to an investigation that resulted in a first superseding indictment
19 that was returned on July 21, 2005 in case number Cr. S. 05-290 WBS.
20      The United States hereby requests that the above-referenced
21 file be unsealed so that its contents may be revealed in discovery
22 in Case No. CR. S. 05-290 WBS.
23 Dated: August 10, 2005              Respectfully submitted,
24
                                       McGREGOR W. SCOTT
25                                     United States Attorney
26
                                 By:   /s/ Phillip A. Ferrari
27                                     PHILIP A. FERRARI
                                       Assistant U.S. Attorney
28

                                   1

1 | Upon application of the United States of America and good cause
2 | having been shown,
3 | IT IS HEREBY ORDERED that the United States' Motion To Unseal
4 | the documents filed in this case is GRANTED.
5 |
6 | DATED: 8/15/05
7 |                                     /s/ Gregory G. Hollows
8 |                                     _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge
9 | 05-106.ord